**EXHIBIT B**

Summons by Publication and Related Materials (Certified Copy)

Originally submitted in District Court at Dkt. 119-2

The following pages are reproduced exactly as filed in the district court and are not altered.

8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT B

## Summons by Publication (CJ-D 112A)

Date: 07/18/2007

---

**Description:** Marked "COPY"; incomplete; no return filed.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

## Commonwealth of Massachusetts
### The Trial Court

__Worcester__ Division     Probate and Family Court Department     Docket No. __07D1562DV1__

### Divorce/Separate Support Summons By Publication

_____Shelley VanEtten_____ , Plaintiff

v.

_____Gregory James VanEtten_____ , Defendant

To the above named Defendant:

A Complaint has been presented to this Court by the Plaintiff, _____Shelley VanEtten_____

_____ , seeking _____Complaint for Divorce_____

_____

_____

_____

An Automatic Restraining Order has been entered in this matter preventing you from taking any action which would negatively impact the current financial status of either party. Please refer to Supplemental Probate Court Rule 411 for more information.

You are required to serve upon _____ Paige Firment

- plaintiff - attorney for plaintiff - whose address is _____ 41 Elm Street

_____ Worcester, MA 01609

your answer on or before _____October 18_____ / 20__07__ . If you fail to do so, the court will proceed to the hearing and adjudication of this action. You are also required to file a copy of your answer in the office of the Register of this Court at _____Worcester_____ .

Witness, _____Joseph L. Hart, Jr._____ , Esquire, First Justice of said

Court at _____Worcester_____ , this __18th__ day of __July__ , 20__07__ .

_____
**Register of Probate Court**

NOTE: This form is to be used for actions for divorce or for separate support only.

CJ-D 112A (12/00)         ORIGINAL RETURN TO PROBATE COURT

