# United States Court of Appeals
## For the First Circuit

No. 26-1280

GREGORY ALVIN JAMES VAN ETTEN,

Plaintiff - Appellant,

v.

STEPHANIE K. FATTMAN; ASHLEY STEWART; MEGAN BROWN; ANGELINA CONSOLMAGNO; MICHELE CRISTELLO; JENNIFER MELIA; DANIEL M. WRENN; SERGE GEORGES, JR.; MICHAEL S. DENHAM; WORCESTER PROBATE AND FAMILY COURT; MASSACHUSETTS CHILD SUPPORT SERVICES DIVISION DEPARTMENT OF REVENUE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 15, 2026

Plaintiff-Appellant Gregory Alvin James Van Etten moves for this court to take judicial notice of certain records he submitted to the district court. The motion is resolved as follows: the merits panel will take such notice of the tendered documents as is necessary and appropriate. Appellant's motion to expedite the appeal is denied. The appeal will be resolved as soon as practicable after briefing is complete. Appellees' briefs remain due on June 26, 2026. Appellant's motion for summary disposition is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nigel Stevens
Alexander Matthew Weiss
Gregory Alvin James Van Etten