# United States Court of Appeals
## For the First Circuit

No. 26-1280

GREGORY ALVIN JAMES VAN ETTEN,

Plaintiff - Appellant,

v.

STEPHANIE K. FATTMAN; ASHLEY STEWART; MEGAN BROWN; ANGELINA CONSOLMAGNO; MICHELE CRISTELLO; JENNIFER MELIA; DANIEL M. WRENN; SERGE GEORGES, JR.; MICHAEL S. DENHAM; WORCESTER PROBATE AND FAMILY COURT; MASSACHUSETTS CHILD SUPPORT SERVICES DIVISION DEPARTMENT OF REVENUE,

Defendants - Appellees.

Before

Gelpí, Montecalvo, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: May 6, 2026

Appellant seeks an injunction pending appeal to "stay enforcement of the challenged state-court orders pending resolution of this appeal." The motion is denied, as appellant has not made the necessary showing to garner relief from this court. See Respect Maine PAC v. McKee, 622 F.3d 13, 15 (1st Cir. 2010) (order) (in assessing a request for injunction on appeal, court considers "(1) whether the applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent relief; (3) whether issuance of relief will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.").

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nigel Stevens, Alexander Matthew Weiss, Gregory Alvin James Van Etten