**August 21, 2026**

Anastasia Dubrovsky, Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re: Van Etten v. Fattman, et al., No. 26-1280**
**Fed. R. App. P. 28(j) — Supplemental Authority: *T.M. v. University of Maryland Medical System Corp.***

Dear Ms. Dubrovsky:

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiff-Appellant Gregory Alvin James Van Etten respectfully submits *T.M. v. University of Maryland Medical System Corp.*, 608 U.S. ___, No. 25-197, slip op. (June 18, 2026), as supplemental authority bearing directly on the Rooker–Feldman issue addressed at Appellant's Brief 8–9 and Appellees' Brief 10–16.

*T.M.* reaffirmed that Rooker–Feldman remains "narrowly confined" to cases brought by state-court losers complaining of injuries caused by state-court judgments and seeking federal district-court review and rejection of those judgments. Slip op. at 18 (quoting *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005)).

The Court held Rooker–Feldman applicable in *T.M.* because the requested federal relief directly sought to render the state consent order unenforceable. At the same time, the Court emphasized that the governing inquiry remains whether the plaintiff complains of injury caused by the state judgment and seeks its review and rejection. *Id.* at 16–18. The Court further distinguished another federal action arising from the same controversy that did not implicate Rooker–Feldman because it did not seek review and rejection of the state order. *Id.* at 16–17 n.10.

That distinction bears directly on Appellant's preserved argument that ongoing enforcement undertaken by state officials constitutes an independent constitutional deprivation under 42 U.S.C. § 1983. Appellant's Br. 7–9. Appellant respectfully submits *T.M.* for the Court's consideration in applying the controlling injury-causation and review-and-rejection framework to the jurisdictional dismissal in this appeal.

Respectfully submitted,

**/s/ Gregory Alvin James Van Etten**
Gregory Alvin James Van Etten
Plaintiff-Appellant, Self-Represented
C/O: 1530 P B Ln #V1425
Wichita Falls, Texas 76302
(301) 820-5302
jim.vanetten@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I filed the foregoing Rule 28(j) letter through the Court's CM/ECF system, which will serve all registered counsel of record.

/s/ Gregory Alvin James Van Etten
Gregory Alvin James Van Etten